FIFTH DISTRICT COURT OF APPEAL

_____

Case No. 5D2024-3399
LT Case Nos. 09-2024-CF-83-A
                     09-2024-CF-1032-A

_____

MARC NORMAN HUNT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

October 24, 2025

PER CURIAM.

In this *Anders*[*] appeal, we affirm the judgments and sentences arising from Hunt's admission to violating probation in Case Nos. 2024-CF-83 and 2024-CF-1032, respectively, but remand for the correction of error assessing costs in the latter. The trial court erred when it imposed the $150 for the cost of prosecution in Case No. 2024-CF-1032. While the State requested the cost, it presented no evidence to justify the higher cost. Thus, this cost should be reduced to $100. *See Berrios v. State*, 415 So. 3d 879, 879 (Fla. 5th DCA 2025) (affirming judgment and sentence of appellant, but remanding with instructions for trial court to reduce imposed prosecution costs where "the State requested, and the trial court awarded, $150 in prosecution costs in each case, but nothing was presented to demonstrate higher costs were incurred").

AFFIRMED; REMANDED with instructions to the trial court for entry of an amended judgment consistent with this opinion.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

---

[*] *Anders v. California*, 386 U.S. 738 (1967).